# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

D'Andre Bradley, et al.
                          Plaintiff,

v.                                           Case No.: 1:20−cv−04270
                                                      Honorable Ronald A. Guzman

Brendan F. Kelly, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman: In lieu of an initial status hearing, the Court directs the parties to confer to discuss the nature and basis of their claims and defenses, the possibilities for a prompt settlement or resolution of the case, and a proposed discovery plan, including a proposed deadline for Rule 26(a)(1) disclosures. The conference shall take place no later than 9/17/2020. Plaintiffs are responsible for initiating the conference, and all lead counsel for all parties are required to participate. By 9/24/2020, the parties shall file a joint written initial status report that addresses the items listed above. Failure or refusal to participate in the conference or in the preparation of the written report may constitute a basis for sanctions. After receiving the report, the Court will issue an order setting a schedule for the case. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.