IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D'ANDRE BRADLEY; DAVID D. MOORE; TARA D. MOORE; BRETT O. SHELTON; ILLINOIS STATE RIFLE ASSOCIATION; and, SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in his official capacity as Direct of the Illinois State Police; and JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | No. 20-cv-4270<br><br>Judge Ronald A. Guzman |

## NOTICE OF FILING

Please take notice that the Defendants in *Thomas et al. v. Kelly et al.*, No. 20-cv-734 (N.D. Ill) filed a motion pursuant to Local Rule 40.4 to reassign this case to Judge Mary M. Rowland, as related to *Thomas*. This motion to reassign based on relatedness is attached as Exhibit A to this notice.

September 17, 2020

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois
*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I certify that on September 17, 2020, I caused a copy of the foregoing *Notice of Filing* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

*/s/ Mary A. Johnston*