IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D'ANDRE BRADLEY; DAVID D. MOORE; TARA D. MOORE; BRETT O. SHELTON; ILLINOIS STATE RIFLE ASSOCIATION; and, SECOND AMENDMENT FOUNDATION, INC.  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>BRENDAN F. KELLY, in his official capacity as Direct of the Illinois State Police; and JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,  )<br><br>Defendants.  ) | No. 20-cv-4270<br><br>Judge Ronald A. Guzman |

## NOTICE OF MOTION

**To:** Attorneys of Record

**PLEASE TAKE NOTICE** that on **September 23, 2020**, I caused to be filed with the Clerk of the Unit States District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO STAY DISCOVERY.** Pursuant to paragraph 2 of the Sixth Amended General Order 20-0012 and Judge Guzman's current standing order this motion is not noticed for presentment.

*/s/ Mary A. Johnston*
MARY A. JOHNSTON
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau – Civil Rights Unit
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-3739
(312) 814-4425 (FAX)
mjohnston@atg.state.il.us

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing notice and referenced pleadings was served on all counsel of record via the Court's CM/ECF system on the **23rd** day of **September, 2020**.

                                               */s/ Mary A. Johnston*
                                               MARY A. JOHNSTON