IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D'ANDRE BRADLEY; DAVID D. MOORE; TARA D. MOORE; BRETT O. SHELTON; ILLINOIS STATE RIFLE ASSOCIATION; and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | Case No. 1:20 CV 4270 |

## JOINT STATUS REPORT

The Plaintiffs, D'Andre Bradley, David D. Moore, Tara D. Moore, Brett O. Shelton, Illinois State Rifle Association, and Second Amendment Foundation, Inc., and the Defendants, Brendan F. Kelly, in both his individual and official capacity as Director of the Illinois State Police, and Jessica Trame[1], in both her individual and official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by and through their respective undersigned counsel, and pursuant to the Court's Order of September 2, 2020 (Dkt. #12), submit this Joint Status Report:

### I. Nature and Basis of Claims and Defenses

Plaintiffs allege violations of their Second Amendment and Fourteenth Amendment procedural due process rights due to the Defendants' administration of

---

[1] Jarod Ingebritsen has since replaced Jessica Trame as the Bureau Chief of the Illinois State Police's Firearms Services Bureau.

1

the application process of the Firearm Owners Identification ("FOID") Act (430 ILCS 65/10). Plaintiffs filed a Complaint on July 20, 2020, to which Defendants filed a Motion to Dismiss on September 17, 2020, asserting a lack of jurisdiction. A briefing schedule is pending (Dkt. # 16).

Plaintiffs seek declaratory and injunctive relief. Plaintiffs also are making a 42 U.S.C. § 1988 claim.

The major legal and factual issues anticipated in the case are the whether the claims of the individual plaintiffs are moot and whether the organizational plaintiffs have standing to bring this claim. If this Court has jurisdiction over the case, the major legal and factual issues anticipated are administration of the FOID card application system by the Defendants and their employees/subordinates, and whether the FOID application system, and the administration thereof, violate the Plaintiffs' Second and Fourteenth Amendment rights.

## II. Settlement Discussions

The parties discussed settlement possibilities but, at this time, the parties do not foresee a prompt resolution of this matter.

## III. Proposed Discovery Plan

The Defendants will be filing a Motion to stay discovery until the resolution of their pending Motion to Dismiss. Plaintiffs object to the Motion. However, given the pending Motion, the parties do not have an agreement on a discovery plan or schedule at this time, including for Rule 26(a)(1) disclosures.

In addition, in the matter of *Thomas, et al v. Kelly, et al*, No. 20-CV-734, the

Defendants filed a Motion to Reassign the instant case under Local Rule 40.4. A copy of this motion was noticed in the instant case at Dkt. 15.

| | |
|---|---|
| Dated: September 24, 2020 | Respectfully submitted, |
| Attorneys for Plaintiffs<br>D'Andre Bradley, David D. Moore<br>Tara D. Moore, Brett O. Shelton,<br>Illinois State Rifle Association, and<br>Second Amendment Foundation, Inc. | Attorneys for Defendants<br>Brendan F. Kelly and Jessica Trame |
| /s/ David G. Sigale<br>David G. Sigale (Atty. ID #6238103)<br>Law Firm of David G. Sigale, P.C.<br>799 Roosevelt Road, Suite 207<br>Glen Ellyn, IL 60137<br>630.452.4547/630.596.4445<br>dsigale@sigalelaw.com | /s/ Mary A. Johnston<br>Mary A. Johnston (Atty. ID#6320865)<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, IL 60601<br>(312) 721-8734<br>mjohnston@atg.state.il.us |

/s/ Gregory A. Bedell
Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

/s/ Jacob Heubert
Jacob Huebert (Atty. ID# 6305339)
Martha Astor (appearing *pro hac vice*)
Scharf-Norton Center for Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Rd.
Phoenix, AZ 85004
Telephone: (602) 462-5000
jheubert@goldwaterinstitute.org
litigation@goldwaterinstitute.org