IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D'ANDRE BRADLEY; DAVID D. MOORE; TARA D. MOORE; BRETT O. SHELTON; ILLINOIS STATE RIFLE ASSOCIATION; and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | Case No. 1:20 CV 4270 |

NOTICE OF FILING

**To:**   Mary A. Johnston (Atty. ID#6320865)
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 721-8734

Please take note that on September 23, 2020, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **JOINT STATUS REPORT**.

Dated: September 24, 2020

Attorneys for Plaintiffs
D'Andre Bradley, David D. Moore
Tara D. Moore, Brett O. Shelton,
Illinois State Rifle Association, and
Second Amendment Foundation, Inc.

/s/ David G. Sigale
David G. Sigale (Atty. ID #6238103)
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207

Glen Ellyn, IL 60137
630.452.4547/630.596.4445
dsigale@sigalelaw.com

/s/ Gregory A. Bedell
Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

/s/ Jacob Huebert
Jacob Huebert (Atty. ID# 6305339)
Martha Astor (appearing *pro hac vice*)
Scharf-Norton Center for Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Rd.
Phoenix, AZ 85004
Telephone: (602) 462-5000
jheubert@goldwaterinstitute.org
litigation@goldwaterinstitute.org