IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| D'ANDRE BRADLEY; DAVID D. MOORE; TARA D. MOORE; BRETT O. SHELTON; ILLINOIS STATE RIFLE ASSOCIATION; and SECOND AMENDMENT FOUNDATION, INC. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 20-cv-4270 |
| v. | ) ) | |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, | ) ) ) ) ) ) ) | Hon. Ronald A Guzman, presiding |
| Defendants. | ) | |

## MOTION FOR LEAVE TO INTERVENE

NOW COME Movants Bruce Davidson, *pro se*, and Sarah Davidson, by attorney Bruce Davidson, and make this their motion for leave to intervene pursuant to FRCivP 24(b)(1)(B). In support of their motion, Movants state:

1. Movants have reviewed, and are familiar with, the Complaint filed and pending herein. Movants believe the Complaint is well- and truly-pleaded, and states one or more valid causes of action against Defendants.

2. The Court has subject matter jurisdiction of the cause, and that venue properly lies in the Northern District of Illinois, Eastern Division.

3. Pursuant to Rule 24(C), Movants attach an accompanying pleading (Complaint in Intervention) setting forth their claims. That pleading is hereby incorporated by reference, as if fully set forth herein. The Complaint in Intervention establishes the nearly identical fact situations of Movants and the principal Plaintiffs.

4. Movants' claims share questions-of-law in common with the principal complaint, including but not necessarily limited to: (i) whether the actions of Defendants, as alleged, violate state law (430 ILCS 65/5); (ii) whether the actions of Defendants, as alleged, violate Plaintiffs' rights under the Second Amendment to the United States Constitution, and (iii) whether the actions of Defendants, as alleged, violate Plaintiffs' rights to the Due Process of Law under the Fourteenth Amendment to the United States Constitution.

5. Allowing Movants to intervene at this early stage of proceedings will not unduly burden resolution of the cause, as judgment will depend almost exclusively on answering questions of law. Movants anticipate taking no discovery; further, there are no material issues of fact.

6. Allowing Movants to intervene may actually expedite resolution of the case, as Movants are individuals with unresolved claims, thus obviating the need to resolve assertions, raised by Defendants (Motion to Dismiss, Docket item No. 13), that the case is moot. See attached Complaint in Intervention, ¶¶ 5-7.

7. Defendants have indicated a desire for consolidating Second-Amendment-related claims, as they have moved to "reassign [this case] based on relatedness", Docket item No. 15.

WHEREFORE, for the reasons stated above, Movants Bruce Davidson and Sarah Davidson pray the Court will grant this their motion for leave to intervene herein.

Respectfully submitted,

Bruce Davidson
Sarah Davidson

By /s/ *Bruce Davidson*
Bruce Davidson, *pro se*,
and attorney for Sarah Davidson

Bruce Davidson
 ARDC Registration no. 0583057
733 North Oak Street
Hinsdale IL 60521
630-947-3117
Akivida@aol.com

# CERTIFICATE OF SERVICE

I, Bruce Davidson, an attorney, hereby certify that on September 28, 2020, a true and correct copy of the foregoing Motion for Leave to Intervene, including the attached Rule 24(c) proposed pleading, was electronically filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to each person listed below:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630-452-4547
dsigale@sigalelaw.com

Gregory A. Bedell, Esq.
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312-977-9119
gbedell@kkbchicago.com

Mary A. Johnston, Esq.
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312-721-8734
mjohnston@atg.state.il.us

Jacob Huebert, Esq.
Martha Astor, Esq.
Scharf-Norton Center for
 Constitutional Litigation at the
 Goldwater Institute
500 E. Coronado Rd.
Phoenix, AZ 85004
Telephone: 602-462-5000
jheubert@goldwaterinstitute.org
litigation@goldwaterinstitute.org

DATED: September 28, 2020

/s/ Bruce Davidson
Bruce Davidson

Bruce Davidson
 ARDC Registration no. 0583057
733 North Oak Street
Hinsdale IL 60521
630-947-3117
Akivida@aol.com