**IN THE UNTED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES D. ROBINSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDAN F. KELLY, *et al.* | ) | |
| | ) | No. 20-cv-4270 |
| Defendants. | ) | |
| _____ | ) | Hon. Mary M. Rowland, |
| | ) | |
| MATTHEW B. SMITH, JULIE BRYAR-SMITH, KAREN GORDON, and THOMAS A. SMITH, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff-Intervenors | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JAROD INGEBRIGTSEN, in his Official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants in Intervention. | ) | |

**PETITION FOR LEAVE TO INTERVENE**

NOW COME Petitioners, Matthew B. Smith, Julie A. Bryar-Smith, and Karen Gordon, by and through their attorney, Thomas A. Smith, and Thomas A. Smith, *pro se* (collectively, "Petitioners"), and submit their petition for leave to intervene pursuant to Fed.R.Civ.P 24(b)(1)(B). In support of their petition, Petitioners state as follows:

1.   Petitioners have reviewed, and are familiar with, the Complaint filed and pending herein.  Petitioners believe the Complaint is well and truly pleaded, and states valid causes of action against Defendants.

2.   The Court has subject matter jurisdiction of the cause, and that venue properly lies in the Northern District of Illinois, Eastern Division.

3.   Pursuant to Rule 24(c), Petitioners attach an accompanying pleading (Complaint in Intervention) setting forth their claims. That pleading is hereby incorporated by reference, as if fully set forth herein.  The Complaint in Intervention establishes the nearly identical fact situations of Petitioners and the principal Plaintiffs, in particular, the Defendants' delay and denial of their Second Amendment rights.

4.   Petitioners' claims share questions-of-law in common with the principal complaint, including but not necessarily limited to: (i) whether the actions of Defendants, as alleged, violate state law (430 ILCS 65/5); (ii) whether the actions of Defendants, as alleged, violate Plaintiffs' rights under the Second Amendment to the United States Constitution, and (iii) whether the actions of Defendants, as alleged, violate Plaintiffs' rights to the Due Process of Law under the Fourteenth Amendment to the United States Constitution.

5.   Allowing Petitioners to intervene at this early stage of proceedings will not unduly burden resolution of the cause, as judgment will depend almost exclusively on answering questions of law.  Petitioners anticipate taking no discovery; further, there are no genuine issues of material fact.

WHEREFORE, for the reasons stated above, Petitioners Matthew Smith, Julie Bryar-Smith, Karen Gordon, and Thomas A. Smith pray the Court will grant this their motion for leave to intervene herein.

Respectfully submitted,

By */s/ Thomas A. Smith*
Thomas A. Smith, *pro se*, and
as attorney for Matthew B. Smith,
Julie Bryar-Smith, and Karen
Gordon

Thomas A. Smith (IL Atty No. 6226143)
Senak Keegan Gleason & Smith, Ltd.
566 West Adams Street / Suite 750
Chicago, IL   60661
312-214-1400
312-214-1401 (facsimile)
tsmith@skgsmlaw.com

## CERTIFICATE OF SERVICE

I, Thomas A. Smith, an attorney, hereby certify that on December 26, 2020, a true and correct copy of the foregoing Petition for Leave to Intervene, including the attached Rule 24(c) proposed pleading, was electronically filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to each person listed below:

David G. Sigale
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630-452-4547
dsigale@sigalelaw.com

Gregory A. Bedell
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312-977-9119
gbedell@kkbchicago.com

Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312-721-8734
mjohnston@atg.state.il.us

Jacob Huebert
Martha Astor
Scharf-Norton Center for Constitutional
Litigation at the Goldwater Institute
500 E. Coronado Rd.
Phoenix, AZ 85004
602-462-5000
jheubert@goldwaterinstitute.org
litigation@goldwaterinstitute.org

Bruce Davidson
733 North Oak Street
Hinsdale, IL 60521
630 947 3117
akivida@aol.com

**DATED**: December 27, 2020

/s/ Thomas A. Smith
Thomas A. Smith

Thomas A. Smith (IL Atty No. 6226143)
Senak Keegan Gleason & Smith, Ltd.
566 West Adams Street / Suite 750
Chicago, IL 60661
312-214-1400
312-214-1401 (facsimile)
tsmith@skgsmlaw.com