IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES D. ROBINSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRENDAN KELLY, et al. | ) |
| | ) No. 20-cv-4270 |
| Defendants | ) |
| | ) Hon. Mary M. Rowland |
| | ) |
| MATTHEW B. SMITH, JULIA BRYAR-SMITH, KAREN GORDON, and THOMAS A. SMITH. | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| BRENDAN KELLY, et al. | ) |
| | ) |
| Defendants in Intervention. | ) |

## STATUS REPORT

Pursuant to Docket Entry 58, Defendants submit the following status regarding to the motion to intervene filed by Lieutenant Matthew B. Smith (Lt. Smith), Julia Bryar-Smith, Karen Gordon, and Thomas A. Smith (Mr. Smith).

Defendants do not object to intervention by Lt. Smith, Ms. Bryar-Smith, or Ms. Gordon. Defendants do object to intervention by Mr. Smith. It is Defendants' position that Mr. Smith's claims are outside of the scope of the case because Mr. Smith's claims relate to the issuance of a corrected FOID card and the approval of a concealed carry license, not the processing of an initial FOID card application.

Defendants have conferred with Mr. Smith and agree that Defendants shall have until February 5, 2021, to file their response to the motion to intervene as it relates to Mr. Smith, and Mr. Smith shall have until February 19, 2021, to file his reply.

Respectfully Submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | */s/* Mary A. Johnston<br>Mary A. Johnston<br>Assistant Attorney General<br>General Law Bureau<br>100 W. Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-3739<br>mjohnston@atg.state.il.us |

## CERTIFICATE OF SERVICE

I certify that on January 8, 2021, I caused a copy of the foregoing *Status Report* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

*/s/ Mary A. Johnston*