IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES D. ROBINSON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) No. 1:20 CV 4270 |
|  v. | ) |
| | ) Hon. Mary M. Rowland |
| BRENDAN F. KELLY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |
| BRUCE DAVIDSON, *et al.*, | ) |
| | ) |
|    Plaintiff-Intervenors, | ) |
| | ) |
|  v. | ) |
| | ) |
| BRENDAN F. KELLY, *et al.*, | ) |
| | ) |
|    Defendants in Intervention. | ) |

## NOTICE OF FILING

**To:**  Mary A. Johnston, Esq.
   Office of the Illinois Attorney General
   100 West Randolph Street, 13th Floor
   Chicago, IL 60601
   MJohnston@atg.state.il.us

  Please take notice that on January 29, 2021, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF INSTANTER.**

Dated: January 29, 2021               Attorneys for Plaintiffs

                              /s/ *David G. Sigale*

David G. Sigale (Atty. ID #6238103)
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road,
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

Jacob Huebert (Atty. ID# 6305339)
Martha Astor (appearing *pro hac vice*)
Scharf-Norton Center for Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Rd.
Phoenix, AZ 85004
Telephone: (602) 462-5000
jhuebert@goldwaterinstitute.org
litigation@goldwaterinstitute.org

## CERTIFICATE OF SERVICE

I, David G. Sigale, an attorney, certify that, on January 29, 2021, I electronically filed a copy of the **PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF INSTANTER** and this Notice of Filing and Certificate of Service with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of the filing to the counsel of record at their email addresses on file with the Court.



/s/ *David G. Sigale*
David G. Sigale