IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES D. ROBINSON; JOHN M. MARSZALEK; NATALIA E. LaVALLIE; MATTHEW D. SORENSON; ILLINOIS STATE RIFLE ASSOCIATION; and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JAROD INGEBRIGTSEN, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | No. 1:20 CV 4270 |

## DECLARATION OF ALEXEY ALEKSEEV

I, Alexey Alekseev, declare and certify the following based on the best of my personal knowledge and belief:

1. I am an individual over the age of 18 who resides in the City of Naperville, in DuPage County, Illinois.

2. I am a member of the Illinois State Rifle Association.

3. On June 11, 2020, I applied for a Firearm Owner's Identification card ("FOID") through the website portal of the Illinois State Police, Firearm Services Bureau (the "ISP"). At that time I completed the required forms, submitted the required information, and paid the required fee.

4. At the time of submitting my application, I qualified for a FOID card as I have never been convicted of a felony, I am not addicted to narcotics, I have

AA

never been a patient in a mental health facility, and I do not suffer from any other disqualifying characteristic set forth in 430 ILCS 65/8. I further declare and certify that, as of the signing of this Declaration, I still qualify for a FOID card.

5. From time to time I have attempted to contact the ISP to determine the status of my FOID application but I was told in September and October, 2020 that my application was being processed and I should just wait. I also contacted my State Senator, but her office was unable to remedy the situation and obtain my FOID card.

6. I have also checked the ISP website multiple times to determine the status of my FOID application (including today); it indicates only that the application is "under review."

7. I applied for the FOID card because I would like to purchase a firearm to protect myself and my family, as well as range training.

8. As of the date of signing this Declaration, I have not received my FOID card.

9. But for the criminal enactments cited in the pending Amended Complaint, I would possess a firearm for my own defense, but I refrain from doing so without also possessing an FOID card due to fear of arrest, prosecution, fine and incarceration.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: January 29, 2021

_____
Alexey Alekseev

IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES D. ROBINSON; JOHN M. MARSZALEK; NATALIA E. LaVALLIE; MATTHEW D. SORENSON; ILLINOIS STATE RIFLE ASSOCIATION; and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JAROD INGEBRIGTSEN, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | No. 1:20 CV 4270 |

## DECLARATION OF ANDREW T. SCHAMAUN

I, Andrew T. Schamaun, declare and certify the following based on the best of my personal knowledge and belief:

1. I am an individual over the age of 18 who resides in the Village of Hawthorn Woods, in Lake County, Illinois.

2. I am a member of the Illinois State Rifle Association.

3. On April 8, 2020, I applied for a Firearm Owner's Identification card ("FOID") through the website portal of the Illinois State Police, Firearm Services Bureau (the "ISP"). At that time I completed the required forms, submitted the required information, and paid the required fee.

4. At the time of submitting my application, I qualified for a FOID card as I have never been convicted of a felony, I am not addicted to narcotics, I have

never been a patient in a mental health facility, and I do not suffer from any other disqualifying characteristic set forth in 430 ILCS 65/8. I further declare and certify that, as of the signing of this Declaration, I still qualify for a FOID card.

5. I moved to Illinois approximately a year ago from Utah. While living there, I possessed firearms and held a Concealed Carry Permit, both without incident.

6. Four times I have attempted to contact the ISP *via* e-mail to determine the status of my FOID application but I was never received any response.

7. I have also checked the ISP website multiple times to determine the status of my FOID application (including today); it indicates only that the application is "under review."

8. I applied for the FOID card because I would like to possess a firearm to protect myself and my family, as well as range training and applying for an Illinois Concealed Carry License.

9. As of the date of signing this Declaration, I have not received my FOID card.

10. But for the criminal enactments cited in the pending Amended Complaint, I would possess a firearm for my own defense, but I refrain from doing so without also possessing an FOID card due to fear of arrest, prosecution, fine and incarceration.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: January 29, 2021

Andrew T. Schamaun

IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES D. ROBINSON; JOHN M. MARSZALEK; NATALIA E. LaVALLIE; MATTHEW D. SORENSON; ILLINOIS STATE RIFLE ASSOCIATION; and SECOND AMENDMENT FOUNDATION, INC.<br><br>  Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JAROD INGEBRIGTSEN, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>  Defendants.<br><br>BRUCE DAVIDSON, *et al.*,<br><br>  Plaintiff-Intervenors,<br><br>v.<br><br>BRENDAN F. KELLY, *et al.*,<br><br>  Defendants in Intervention. | No. 1:20 CV 4270 |

## DECLARATION OF BENJAMIN T. KIRKLAND

I, Benjamin T. Kirkland, declare and certify the following based on the best of my personal knowledge and belief:

1. I am an individual over the age of 18 who resides in the Village of Elburn in Kane County, Illinois.

2. I am a member of the Illinois State Rifle Association.

2. On June 30, 2020, I applied for a Firearm Owner's Identification card ("FOID") through the website portal of the Illinois State Police, Firearm Services Bureau (the "ISP"). At that time I completed the required forms, submitted the required information, and paid the required fee.

3. At the time of submitting my application, I qualified for a FOID card as I have never been convicted of a felony, I am not addicted to narcotics, I have never been a patient in a mental health facility, and I do not suffer from any other disqualifying characteristic set forth in 430 ILCS 65/8. I further declare and certify that, as of the signing of this Declaration, I still qualify for a FOID card.

4. From time to time I have attempted to contact the ISP to determine the status of my FOID application but phone calls have gone unanswered. I also contacted my State Representative in mid-December but his office was unable to remedy the situation and obtain my FOID card.

5. I have also checked the ISP website multiple times to determine the status of my FOID application (including today); it indicates only that the application is "under review."

6. I applied for the FOID card because I would like to purchase a firearm to protect myself and my family, as well as range training and teaching my children responsible firearm ownership.

7. As of the date of signing this Declaration, I have not received my FOID card.

8. But for the criminal enactments cited in the pending Amended

Complaint, I would possess a firearm for my own defense, but I refrain from doing so without also possessing an FOID card due to fear of arrest, prosecution, fine and incarceration.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: January 29, 2021                           _____
                                                                   Benjamin T. Kirkland

IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES D. ROBINSON; JOHN M. MARSZALEK; )
NATALIA E. LaVALLIE; )
MATTHEW D. SORENSON; )
ILLINOIS STATE RIFLE ASSOCIATION; and )
SECOND AMENDMENT FOUNDATION, INC. )
                                                                                                       )
                Plaintiffs, )
                                                                                                        )   No. 1:20 CV 4270
v. )
                                                                                                           )
BRENDAN F. KELLY, in his official capacity as )
Director of the Illinois State Police; and )
JAROD INGEBRIGTSEN, in his official capacity as )
Bureau Chief of the Illinois State Police Firearms )
Services Bureau, )
                                                                                                         )
                Defendants. )

## DECLARATION OF PAMELA S. DICARLANTONIO

I, Pamela S. DiCarlantonio, declare and certify the following based on the best of my personal knowledge and belief:

1.     I am an individual over the age of 18 who resides in the City of Chicago, in Cook County, Illinois.

2.     I am a member of the Illinois State Rifle Association.

3.     On July 7, 2020, I applied for a Firearm Owner's Identification card ("FOID") through the website portal of the Illinois State Police, Firearm Services Bureau (the "ISP"). At that time I completed the required forms, submitted the required information, and paid the required fee.

4.     At the time of submitting my application, I qualified for a FOID card as I have never been convicted of a felony, I am not addicted to narcotics, I have

never been a patient in a mental health facility, and I do not suffer from any other disqualifying characteristic set forth in 430 ILCS 65/8. I further declare and certify that, as of the signing of this Declaration, I still qualify for a FOID card.

5. I have attempted multiple times to contact the ISP *via* e-mail and telephone to determine the status of my FOID application, but I never received any response or answer.

6. I have also checked the ISP website multiple times to determine the status of my FOID application (including today); it indicates only that the application is "under review."

7. I applied for the FOID card because I would like to possess a firearm to protect myself and my family. I was carjacked in early 2020, and there was a shooting in front of my home in September, 2019, so these issues are not abstract to me. I also wish to participate in range training and obtain an Illinois Concealed Carry License.

8. As of the date of signing this Declaration, I have not received my FOID card.

9. But for the criminal enactments cited in the pending Amended Complaint, I would possess a firearm for my own defense, but I refrain from doing so without also possessing an FOID card due to fear of arrest, prosecution, fine and incarceration.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: January 29, 2021

Pamela S. DiCarlantonio