## IN THE UNTED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES D. ROBINSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BRENDAN F. KELLY, *et al.* ) | |
| ) | No. 1:20-cv-04270 |
| Defendants. ) | |
| _____) | Hon. Mary M. Rowland, |
| ) | |
| MATTHEW B. SMITH, JULIE BRYAR- ) | |
| SMITH, KAREN GORDON, and ) | |
| THOMAS A. SMITH, ) | |
| ) | |
| Plaintiff-Intervenors ) | |
| ) | |
| v. ) | |
| ) | |
| BRENDAN F. KELLY, in his official ) | |
| capacity as Director of the Illinois State ) | |
| Police; and JAROD INGEBRIGTSEN, in his) | |
| Official capacity as Bureau Chief of the ) | |
| Illinois State Police Firearms Services ) | |
| Bureau, ) | |
| ) | |
| Defendants in Intervention. ) | |

**MOTION TO WITHDRAW PETITION FOR LEAVE TO INTERVENE**

NOW COME Matthew B. Smith, Julie A. Bryar-Smith, and Karen Gordon, by and through their attorney, Thomas A. Smith, and Thomas A. Smith, *pro se* (collectively, the "Plaintiff-Intervenors"), and hereby move to withdraw their Petition for Leave to Intervene into this case:

1. On December 27, 2020, Plaintiff-Intervenors filed their Petition for Leave to Intervene, along with their proposed Complaint in Intervention [ECF No. 57 and 57-1].

2. By Order dated January 11, 2021 [ECF No. 60], this Court granted leave to intervene to Julie Bryar-Smith, Matthew Smith, and Karen Gordon relative to their claims pertaining to the Defendants' failure to issue FOID Cards to them. The Court also took the Petition for Leave under advisement as to the undersigned *pro se* attorney and ordered briefing by the Defendants (both of whom had objected to the undersigned's petition on the basis that he sought the issuance of a different type of permit than that of the other petitioners) and by the undersigned.

3. During the course of such briefing, Defendants issued FOID Cards to Julie Bryar-Smith. Shortly after the conclusion of such briefing, FOID Cards were issued to and received by Matthew Smith and Karen Gordon, and a CCL License was issued to Thomas Smith.

4. In view of the fact that all requested cards and licenses have been issued, this particular group of Plaintiff-Intervenors (Matthew B. Smith, Julie A. Bryar-Smith, Karen Gordon, and Thomas A. Smith) believe that their claims have all been mooted. Accordingly, this group of Plaintiff-Intervenors, by whom no actual Complaint was ever filed, respectfully move to withdraw their Petition for Leave to Intervene. The undersigned respectfully submits that these events obviate the need for further consideration of or ruling on his individual Petition for Leave to Intervene.

Respectfully submitted,

Thomas A. Smith
Senak Keegan Gleason & Smith, Ltd.
566 West Adams Street / Suite 750
Chicago, IL   60661
312-214-1400
312-214-1401 (facsimile)
tsmith@skgsmlaw.com

By */s/ Thomas A. Smith*
Thomas A. Smith, *pro se*, and as attorney for
Matthew B. Smith, Julie A. Bryar-Smith, and
Karen Gordon

**CERTIFICATE OF SERVICE**

      I, Thomas A. Smith, an attorney, hereby certify that on February 27, 2021, a true and correct copy of the foregoing Petition for Leave to Intervene was electronically filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to each person listed below:

David G. Sigale
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630-452-4547
dsigale@sigalelaw.com

Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312-721-8734
mjohnston@atg.state.il.us

Gregory A. Bedell
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312-977-9119
gbedell@kkbchicago.com

Jacob Huebert
Martha Astor
Scharf-Norton Center for Constitutional Litigation at the Goldwater Institute
500 E. Coronado Rd.
Phoenix, AZ 85004
602-462-5000
jheubert@goldwaterinstitute.org
litigation@goldwaterinstitute.org

Bruce Davidson
733 North Oak Street
Hinsdale, IL 60521
630 947 3117
akivida@aol.com

                                            */s/ Thomas A. Smith*

Thomas A. Smith
Senak Keegan Gleason & Smith, Ltd.
566 West Adams Street / Suite 750
Chicago, IL   60661
312-214-1400
312-214-1401 (facsimile)
tsmith@skgsmlaw.com