IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN M. MARSZALEK; *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRENDAN F. KELLY, in his official ) <br> capacity as Director of the Illinois State ) <br> Police; *et al.* ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> BRUCE DAVIDSON, and SARAH ) <br> DAVIDSON, ) <br> ) <br> Plaintiff-Intervenors ) <br> ) <br> v. ) <br> ) <br> BRENDAN F. KELLY, individually, acting ) <br> under color of state law as Director of the ) <br> Illinois State Police; and JESSICA TRAME, ) <br> individually, acting under color of state law ) <br> as Bureau Chief of the Illinois State Police ) <br> Firearms Services Bureau, ) <br> ) <br> Defendants in Intervention. ) | No. 20-cv-4270 <br><br> Hon. Mary M. Rowland, <br><br> presiding |

MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT IN INTERVENTION

NOW COME Bruce Davidson, *pro se*, and Sarah Davidson, by her

attorney Bruce Davidson, Plaintiff-Intervenors (hereinafter "the Davidsons"),

and make this their motion for leave to file an amended complaint herein. In support of their motion, the Davidsons state:

1. The Davidsons maintain their original pleading (R. 37) was in compliance with the Federal Rules of Civil Procedure, and stated a cause of action as set forth in their opposition to Defendants' Motion to Dismiss; the Davidsons reserve the right to assert that position in subsequent proceedings, and do not waive that right by filing the instant motion, or – if granted leave to do so – an amended pleading.

2. The Davidsons' original pleading was dismissed without prejudice, on grounds that it asserted claims in contravention of the Eleventh Amendment (R. 81).

3. The Davidsons now seek leave to file an amended pleading making clear that Defendants are not sued (in their "official capacities") for actions taken in the lawful execution of official state policy.

4. Instead, the proposed pleading is amended expressly to allege that Defendants *purported* to act in their official capacities, but in so doing were acting as individuals, and in fact violating official state policy; thus, Defendants acted only "under color of state law" (*see*, 42 USC § 1983). *See*, particularly, but not necessarily exclusively, the caption and ¶¶ 9-16 of the attached proposed amended complaint.

5. Undersigned contacted counsel for Defendants by e-mail on June 15, 2021. Counsel advised that Defendants do not intend to oppose this

2

motion for leave to file an amended pleading, but – of course – will have the right to make appropriate response to the pleading if leave to file is granted. No attempt was made to contact other parties, as they have no interest in the disposition of this motion.

    WHEREFORE, Plaintiff-Intervenors Bruce Davidson and Sarah Davidson pray this Honorable Court will grant their motion for leave to file an amended complaint.

Respectfully submitted,

Bruce Davidson
Sarah Davidson

By /s/ *Bruce Davidson*
  Bruce Davidson, *pro se*,
   and attorney for Sarah
   Davidson

Bruce Davidson
  ARDC Registration no. 0583057
733 North Oak Street
Hinsdale IL 60521
630-947-3117
Akivida@aol.com

## CERTIFICATE OF SERVICE

    I, Bruce Davidson, an attorney, hereby certify that on June 16, 2021, a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was electronically filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to each person listed below:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630-452-4547
dsigale@sigalelaw.com

Mary A. Johnston, Esq.
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312-721-8734
mjohnston@atg.state.il.us

Gregory A. Bedell, Esq.
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312-977-9119
gbedell@kkbchicago.com

Jacob Huebert, Esq.
Scharf-Norton Center for
  Constitutional Litigation at the
  Goldwater Institute
 500 E. Coronado Rd.
Phoenix, AZ 85004
Telephone: 602-462-5000
jhuebert@goldwaterinstitute.org
litigation@goldwaterinstitute.org

    DATED: June 16, 2021

    /s/ *Bruce Davidson*
      Bruce Davidson

Bruce Davidson
 ARDC Registration no. 0583057
733 North Oak Street
Hinsdale IL 60521
630-947-3117
Akivida@aol.com