IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN M. MARSZALEK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:20 CV 4270 |
| | ) | |
| v. | ) | Judge Mary M. Rowland |
| | ) | |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; and JAROD INGEBRIGTSEN, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO LIFT STAY OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Plaintiffs, John M. Marszalek, Illinois State Rifle Association, and Second Amendment Foundation, by and through undersigned counsel, respectfully move this Court to lift the stay of Defendants' deadline to respond to Plaintiffs' Amended Complaint (Doc. 66). Defendants sought a stay only until the Court's ruling on Plaintiffs' Motion for Preliminary Injunction. That event that has now occurred, and Defendants agree that lifting the stay is proper.

On January 13, 2021, Defendants filed a motion to stay their response deadline "until after this Court rules on Plaintiffs' Motion for Preliminary Injunction," on the grounds that "the Court's ruling on Plaintiffs' Motion for Preliminary Injunction will have a significant impact on how each Party approaches this case." Doc. 65, Defs.' Mot. to Stay Deadline to Respond to Plfs.' Amended Compl. at ¶¶ 5-6. The Court summarily granted the motion (Doc. 66).

Now that the Court has ruled on Plaintiffs' Motion for Preliminary Injunction (Doc. 87), there is no longer any reason to stay Defendants' deadline to respond to Plaintiffs' Amended Complaint. Defendants have received the stay they requested, for the time period they requested, and can now account for the Court's Order on Plaintiffs' Motion for Preliminary Injunction in deciding how to respond to Plaintiffs' Amended Complaint.

Plaintiffs and Defendants have agreed that July 9, 2021 is an appropriate deadline for Defendants' Answer or other response to Plaintiffs' Amended Complaint. Defendants' counsel has stated that Defendants do not oppose this motion.

Plaintiffs therefore respectfully request that the Court lift the stay of Defendants' deadline and order Defendants to file their Answer or other response to Plaintiffs' Amended Complaint on or before July 9, 2021.

Dated: June 25, 2021

    Respectfully submitted,

By:    /s/ David G. Sigale
       David G. Sigale

By:    /s/ Gregory A. Bedell
       Gregory A. Bedell

By:    /s/ Jacob Huebert
       Jacob Huebert

Attorneys for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
KNABE & BEDELL
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

Jacob Huebert (Atty. ID# 6305339)
Scharf-Norton Center for Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Road
Phoenix, Arizona 85004
Telephone: 602.462.5000
litigation@goldwaterinstitute.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Jacob Huebert, an attorney, certify that on June 25, 2021, I caused to be electronically filed a copy of **PLAINTIFFS' MOTION TO LIFT STAY OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of the filing to the counsel of record at their email addresses on file with the Court.

/s/ David G. Sigale
David G. Sigale