IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN M. MARSZALEK, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| BRENDAN KELLY, *et al.*, | ) No. 20-cv-4270 |
| Defendants, | ) Hon. Mary M. Rowland |
| BRUCE DAVIDSON, *et al.* | ) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| BRENDAN KELLY, *et al.*, | ) |
| Defendants in Intervention. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants, by their attorney, Kwame Raoul, Attorney General of Illinois, hereby move to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and in support thereof state as follows:

1. The Firearm Owners Identification Act ("FOID Card Act") was enacted to regulate who may legally possess a firearm in Illinois and includes an application and review process. 430 ILCS 65/1 *et seq.*

2. In their Amended Complaint, Plaintiffs allege that any delays in processing applications beyond thirty days violates their Second and Fourteenth Amendment rights. *See* ECF No. 40. However, Plaintiffs' claims fail and should be dismissed for several reasons.

3. First, the only remaining individual Plaintiff named in this lawsuit has received his FOID card and, as such, his claim is moot.

4. The claims of the Second Amendment Foundation ("SAF") and Illinois State Rifle Association ("ISRA") should be dismissed because they seek relief that cannot be issued by this Court, and because SAF and ISRA lack standing to bring this lawsuit on their own or on behalf of their members.

5. Moreover, Count I should be dismissed Plaintiffs have not adequately alleged that the Defendants have violated the Second Amendment.

6. Finally, Count II should be dismissed because Plaintiffs' have not stated a viable Fourteenth Amendment claim.

WHEREFORE, Defendants respectfully request that this Court grant their motion to dismiss Plaintiffs' Amended Complaint.

July 9, 2021

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3739

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing notice and referenced pleadings was served on all counsel of record via the Court's CM/ECF system on the **9th** day of **July, 2021**.

                                      */s/ Mary A. Johnston*
                                      MARY A. JOHNSTON