UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN M. MARSZALEK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRENDAN KELLY, *et al.*, | ) |
| | ) No. 20-cv-4270 |
| Defendants, | ) |
| | ) Hon. Mary M. Rowland |
| | ) |
| BRUCE DAVIDSON, *et al.* | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| BRENDAN KELLY, *et al.*, | ) |
| | ) |
| Defendants in Intervention. | ) |

## NOTICE OF FILING

**To:** Attorneys of Record

    **PLEASE TAKE NOTICE** that on **July 9, 2021**, I caused to be filed with the Clerk of the Unit States District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** and **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT.**

    */s/ Mary A. Johnston*
MARY A. JOHNSTON
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau – Civil Rights Unit
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-3739
(312) 814-4425 (FAX)
mary.johnston@illinois.gov