# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Illinois State Rifle Association, et al.

                                        Plaintiff,

v.                                                              Case No.: 1:20−cv−04270
                                                                Honorable Mary M. Rowland

Brendan F. Kelly, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 12, 2021:

        MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' response to Defendants' motion to dismiss plaintiffs' amended complaint [94] is due 8/9/21. Defendants' reply due 8/30/21. The court will rule by mail. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.