IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN M. MARSZALEK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRENDAN KELLY, *et al.*, | ) |
| | ) No. 20-cv-4270 |
| Defendants, | ) |
| | ) Hon. Mary M. Rowland |
| | ) |
| BRUCE DAVIDSON, *et al.* | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| BRENDAN KELLY, *et al.*, | ) |
| | ) |
| Defendants in Intervention. | ) |

**DEFENDANTS' MOTION TO DISMISS INTERVENOR-PLAINTIFFS'**
**AMENDED COMPLAINT IN INTERVENTION**

Defendants, Brendan F. Kelly, individually acting under color of state law as Director of the Illinois State Police ("ISP") and Jessica Trame[1], individually, acting under color of state law as Bureau Chief of the Illinois State Police Firearms Services Bureau, through Kwame Raoul, Attorney General of Illinois, hereby move to dismiss Intervenor-Plaintiffs Bruce Davidson and

---

[1] Jessica Trame has not been the Bureau Chief of the Illinois State Police Firearms Services Bureau since January of 2020.

Sarah Davidson's Amended Complaint in Intervention pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and in support thereof state as follows:

1. Intervenor-Plaintiffs' Amended Complaint in Intervention does not state viable individual capacity claims against Defendants Kelly or Trame.

2. Moreover, Intervenor-Plaintiffs' Second or Fourteenth Amendment rights were not violated and, therefore, they would not be entitled to damages even if they stated a viable claim.

WHEREFORE, Defendants respectfully request that this Court grant their motion to dismiss Intervenor-Plaintiffs' Amended Complaint in Intervention.

July 16, 2021

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3737
Mary.Johnston@illinois.gov

*Counsel for Defendants*