# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Illinois State Rifle Association, et al.

                                            Plaintiff,

v.                                                                                       Case No.: 1:20−cv−04270

                                                                                              Honorable Mary M. Rowland

Brendan F. Kelly, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 16, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Plaintiffs reported written discovery is progressing. Fact discovery to close on 9/30/22 in all three matters. Parties have been discussing settlement in the Marszalek (20c4270) and Luce (21c1250) matters. Parties are optimistic these cases will resolve without the need of court intervention. Telephonic status set for 6/16/22 at 9:30am. Parties shall be prepared to report if the two matters have been resolved or if a settlement conference would be productive. Counsel shall call 866−434−5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.