IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN M. MARSZALEK; <br> ILLINOIS STATE RIFLE ASSOCIATION; and <br> SECOND AMENDMENT FOUNDATION, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BRENDAN F. KELLY, in his official capacity as <br> Director of the Illinois State Police; and <br> GREGORY HACKER, in his official capacity <br> as Bureau Chief of the Illinois State Police <br> Firearms Services Bureau, <br><br> Defendants. | No. 1:20 CV 4270 |

## STIPULATION OF DISMISSAL

The parties to this action, though their respective attorneys of record, stipulate and agree as follows:

1. Pursuant to this Court's orders, counsel for Plaintiffs and Defendants met and conferred regarding the State's recent changes to its Firearm Owners Identification Card (FOID) application process.

2. Defendants have provided a Declaration by Jeffrey Yenchko, Bureau Chief of the Illinois State Police's Firearms Services Bureau (FSB) which details those changes. A true and correct copy of that Declaration is attached hereto and incorporated herein as Exhibit 1.

3. That Declaration attests to the elimination of the backlog in the processing of FOID card applications which formed the basis for the Complaint in

1

this case, as well as improvements in the State's resources for processing FOID card applications in the future.

    4.    Based on these developments, and the improvements in the FOID application process by the Defendants, the Plaintiffs stipulate to the voluntary dismissal of this case, with each side to bear its own costs.

Dated: September 29, 2022

Respectfully submitted,

Attorneys for Plaintiffs
Illinois State Rifle Association, and
Second Amendment Foundation, Inc.

Attorneys for Defendants
Illinois State Police, Brendan F. Kelly,
and Gregory Hacker

/s/ David G. Sigale
David G. Sigale (Atty. ID # 6238103)
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

/s/ Mary A. Johnston
Mary A. Johnston (Atty. ID# 6320865)
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 721-8734
Mary.Johnston@ilag.gov

/s/ Gregory A. Bedell
Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

/s/ Timothy Sandefur
Timothy Sandefur (*pro have vice*)
Scharf-Norton Center for Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Road
Phoenix, AZ 85004
Telephone: 602.462.5000
tsandefur@goldwaterinstitute.org
litigation@goldwaterinstitute.org