IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN M. MARSZALEK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 20-cv-4270 |
| | ) | |
| v. | ) | Hon. Mary M. Rowland |
| | ) | |
| BRENDAN KELLY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF LIEUTENANT JEFFREY YENCHKO

I, Lieutenant Jeffrey Yenchko, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am the Bureau Chief of the Firearms Services Bureau ("FSB") of the Illinois State Police ("ISP").

2. Part of my responsibilities include assisting with the supervision of the FSB including, but not limited to, implementing strategies to increase productivity, overseeing employee training, and overseeing the processing of Firearm Owners Identification Cards ("FOID cards").

3. Pursuant to the Firearm Owners Identification Card Act, new FOID card applications, with certain exceptions, must be approved or denied within 30 days. 430 ILCS 65/5.

4. In the past there was a backlog of FOID card applications, and the FSB was routinely unable to process new FOID card applications within 30 days.

5. Since January 2020, the FSB has taken significant measures to reduce the backlog of FOID card applications. The backlog was eliminated on or about December 21, 2021. Since December 21, 2021, the FSB has been processing new FOID card applications in 30 days or less.

6. In addition to eliminating the backlog of pending new FOID card applications the FSB has implemented measures to ensure that the backlog does not return. There have also been legislative changes that will reduce the number of renewal and/or re-issued FOID cards that must be processed.

7. Since 2020 the FSB has hired 27 new full-time analysts to process FOID card applications. This was approximately a 53% increase in analysts.

8. The FSB hired an outside consulting firm to review the FOID card application system to reduce the number of times that an application must be reviewed by an analyst to be approved.

9. To date, the FSB has implemented approximately 60 different recommendations from the consulting firm to streamline the FOID card application system.

10. The FSB has updated its current computer system and software to increase the efficiency of each FOID card analyst.

11. The FSB is working with its current vendor to enhance its capabilities in order to handle the volume of FOID card applications received by the FSB.

12. These procedural changes at FSB have been implemented with the goal of long-term sustainability to avoid a backlog of FOID card applications in the future.

13. In addition to the increase in analysts, the updates in FSB's current procedures to increase the efficiency of processing new FOID card applications, and the plans create new software to further increase the processing of new FOID card applications, statutory changes

went into effect on January 1, 2022, that reduce the workload of the FSB analysts, allowing them to process more new applications.

14. Specifically, if an individual has both a FOID card and a concealed carry license ("CCL") and their FOID card expires while they still have a valid CCL, their FOID card will automatically be renewed for the period of the valid CCL unless the ISP has reason to believe the individual is no longer eligible for a FOID card. *See* 430 ILCS 65/7(c). This change will significantly reduce the number of FOID application renewals as there are approximately 450,000 CCL holders that necessarily have a FOID card. 430 ILCS 66/25(2).

15. Further, in the past the FSB had to initiate a new application process if a FOID card holder needed a new card because of a change of address or loss, destruction, or theft of a FOID card. Now, the FSB can reissue FOID cards based on the information available in the Secretary of State's database if a FOID card holder needs to change the address on their card or receive a new card due to loss, destruction, or theft of the original card. *See* 430 ILCS 65/13.2.

16. Finally, beginning on January 1, 2023, the statute allows for FOID cards to be automatically renewed for individuals that submit fingerprints to ISP for this purpose, and the ISP is in the process of drafting rules to implement this provision.. *See* 430 ILCS 65/3.1(b-5).

17. The changes in FSB procedures and the FOID Card Act have allowed the FSB to process FOID card applications in under thirty days for over eight months.

18. From January 2022 through July 2022, the average time to process a new FOID card application was 18.35 days. *See* isp.illinois.gov/FOID.

19. The statistics regarding the number of new and renewal FOID card applications received each month and new and renewal FOID card application processing are updated

approximately once a month and can be obtained at isp.illinois.gov/FOID and isp.illinois.gov/FOID/Statistics.

20. Certain FOID card applications may take longer than thirty days to process, based on the specific characteristics of that application, *e.g.*, if the FSB is waiting on records from an out-of-state agency. But almost all new FOID card applications are now processed in less than 30 days.

## VERIFICATION

    I, Lieutenant Jeffrey Yenchko as the Chief of the Firearms Services Bureau of the Illinois State Police, declare under penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 9-9-2022

Jeffrey Yenchko